IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARIO R. RIVERA,**

      **Plaintiff,**

v.                                                       No. CIV-15-0779 RB/LAM

**CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,**

      **Defendant.**

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition* (*Doc. 24*) filed on November 10, 2016, which recommended granting *Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum* (*Doc. 16*) filed April 19, 2016.  No party has filed objections to the *Proposed Findings and Recommended Disposition* (*Doc. 24*) and the deadline for filing objections has passed.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 24*); grant Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum* (*Doc. 16*); and enter a final judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 24*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum* (*Doc. 16*) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Proposed Findings and Recommended Disposition* (*Doc. 24*) and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**THE HONORABLE ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**